**In re Nicholas James QUEEN,
Sr., Petitioner.**

**No. 14–2127.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 19, 2015.

Decided: March 2, 2015.

Nicholas James Queen, Sr., Petitioner pro se.

Before WILKINSON, MOTZ, and SHEDD, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nicholas James Queen, Sr., petitions this court for a writ of mandamus, seeking an order vacating a criminal judgment. We dismiss the petition.

Mandamus is a drastic remedy to be used only in extraordinary circumstances. *Kerr v. United States Dist. Court,* 426 U.S. 394, 402, 96 S.Ct. 2119, 48 L.Ed.2d 725 (1976); *United States v. Moussaoui,* 333 F.3d 509, 516–17 (4th Cir.2003). Further, mandamus is available only when the petitioner has a clear right to the relief sought. *In re First Fed. Sav. & Loan Ass'n,* 860 F.2d 135, 138 (4th Cir.1988). The relief Queen seeks is unavailable by way of mandamus.

We deny leave to proceed in forma pauperis and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*